STEVES ET AL., PLAINTIFFS IN ERROR, v. CARSON ET AL.,
DEFENDANTS IN ERROR.

*Error to the District Court of Pitkin County.*

Messrs. WILSON & STIMSON, for plaintiffs in error.

No appearance for defendants in error.

RICHMOND, P. J.   This cause was submitted by stipulation in connection with cause above determined, *ante* 200, and involves precisely the same question as is presented in that cause; judgment is therefore affirmed.

*Affirmed.*